UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JAMES MARSHALL,

                                         Plaintiff,

-against-

MICHAEL COMPITELLO, et al.,

                                         Defendants.
---------------------------------------------------------------x

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

15 CV 750 (AMD) (RML)

       IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the attorneys for the parties herein, that plaintiff JAMES MARSHALL hereby voluntarily dismisses and discontinues all claims that were asserted or could have been asserted in the above entitled proceeding arising out of the events alleged in the complaints in this matter, with prejudice, and without costs or attorney's fees to any party.

Dated: New York, New York
          1 - 7, 2016

LONDON INDUSI, LLP
*Attorneys for Plaintiff*
186 Joralemon Street, Suite 1202
Brooklyn, New York 11201
(718) 301-4593

By: _____
    Cary London, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2423

By: _____
    Matthew McQueen
    *Assistant Corporation Counsel*

SO ORDERED:

s/Ann M. Donnelly
_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE